UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Glasgow Equipment Service, Inc.                Chapter 11

    Debtor.                                  Case No.: 18-11712-PGH
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the debtor-in-possession, Glasgow Equipment Service, Inc. (the "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **February 14, 2018**_____

2. Names, case numbers and dates of filing of related debtors: **N/A**_____

3. Description of Debtor's business: **Glasgow Equipment Service, Inc. is a specialty contractor with a State of Florida Pollutant Storage Systems Contractor's License (PSSC) in the petroleum equipment industry that provides Fuel Systems; pumps, tanks, dispensers, leak detection monitoring and many other discipline's for Gas Stations, Marinas, Airports, School Board and County Fleets, Truckers, Generator Systems, Pump Stations, etc.**

4. Locations of debtor's operations and whether the business premises are leased or owned: **Glasgow's office is located at 1750 Hill Avenue, West Palm Beach, FL 33407. The Building and property is owned by Glasgow.**

5. Reasons for filing chapter 11: **To reorganize and restructure liabilities.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    **Peter Ward, President & Secretary; Salary $104,000 per year, 401k match**
    **Kathy Morini, Ex Vice President; Salary $96,000 per year**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition (these numbers include gross income from the Debtor's wholly owned operating company):

**Calendar Year to Date Gross Income: $172,497.00**
**2017 Calendar Year Gross Income: $2,095,285.00**

8. Amounts owed to various creditors:

    a. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

**Bank of America, N.A., Secured Claim: $1,394,943.00, Collateral: Accounts Receivable, Inventory/Parts/Supplies, Furniture and Non-Vehicle Equipment valued at $1,493,771.**

**Great American Insurance Company, Secured Claim: $1,000,000.00, Collateral: Accounts Receivable, Inventory/Parts/Supplies, Furniture and Non-Vehicle Equipment valued at $1,493,771.**

    b. Amount of unsecured nonpriority claims: **$240,512.14**

9. General description and approximate value of the debtor's assets:

**Cash**: $110,510.42
**Accounts Receivable**: $794,446
**Inventory/Parts/Supplies**: $560,748
**Furniture and Non-Vehicle Equipment**: $138,577
**Vehicles**: $922,199
**Real Property**: $475,000

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

    a. Workers' Compensation & Employers Liability; Amerisure Insurance Co, $1M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19
    b. Commercial General/ Pollution/ Professional Liability; Amerisure Insurance Co, $1M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19
    c. Business Automobile; Amerisure Insurance Co, $ 1M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19

    d. Commercial Excess Liability; Crum & Forster Specialty Insurance Co, $3M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19
    e. Commercial Property (1750 Hill Av., WPB, FL), Amerisure Insurance Co, $1.1M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19
    f. Combined Inland Marine Equipment & Installation; Amerisure Insurance Co, $0.5M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19
    g. Employer's Management Liability, Travelers Casualty & Surety Co, $1M Coverage, Premium payment is current 2/12/18, next premium due is 03/12/18, policy terminates 01/31/19

11. Number of employees and amounts of wages owed as of petition date:

**There are 14 employees. The gross wages owed as of the petition date are $36,279.38, and the Debtor owes additional payroll expenses relating to such wages of $12,322.05 (taxes and 401k matching contributions).**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

**The Debtor has filed a motion seeking authority to pay such pre-petition and payroll expenses. Sales tax was paid the week of 2/11/2018.**

13. Anticipated relief to be requested within 14 days from the petition date:

**Application to employ counsel; motion for authority to utilize cash collateral; motion for authority to pay prepetition payroll expenses.**

14. Ownership structure of the Debtor: **Peter Ward, President, 100% Shareholder**

    Glasgow Equipment Service, Inc.

    By: *[signature: Peter H. Ward]*